EDWARD C. PLANTZ v. BETTY JEAN PLANTZ.

October 4, 1978. Petition for certification denied.

ELIJAH BUDIN v. RALPH MARRAZZA.

October 4, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. OTIS HINTON.

October 4, 1978. Petition for certification denied.

ALICE HIGNEY v. VORNADO, INC.

October 4, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. STANLEY RADOMSKI.

October 4, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE FERGUSON.

October 4, 1978. Petition for certification denied.